IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-553-FDW-DCK *SEALED*

| | |
|---|---|
| INTEGRA MED ANALYTICS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CHARLOTTE-MECKLENBURG )<br>HOSPITAL AUTHORITY, INC., )<br>BLUERIDGE HEALTHCARE HOSPITALS, )<br>INC., CAROLINAS ANSON HEALTHCARE, )<br>INC., MERCY HOSPITAL, INC., THE )<br>MOSES H. CONE MEMORIAL HOSPITAL )<br>OPERATING CORP., THE MOSES H. )<br>CONE MEMORIAL HOSPITAL, MURPHY )<br>MEDICAL CENTER, INC., SCOTLAND )<br>MEMORIAL HOSPITAL, INC., and )<br>WRMC HOSPITAL OPERATING CORP., )<br>)<br>Defendants. )<br>)  | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Qui tam relator's "Motion To File False Claims Act Complaint Under Seal" (Document No. 1) filed September 18, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To File False Claims Act Complaint Under Seal" (Document No. 1) is **GRANTED**.

Signed: September 18, 2017

David C. Keesler
United States Magistrate Judge