IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00553-FDW-DCK *SEALED*

| | |
|---|---|
| INTEGRA MED ANALYTICS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MURPHY MEDICAL CENTER, INC., )<br>CHARLOTTE-MECKLENBURG )<br>HOSPITAL AUTHORITY, INC., )<br>BLUERIDGE HEALTHCARE )<br>HOSPITALS, INC., )<br>CAROLINAS ANSON HEALTHCARE, )<br>INC., )<br>SCOTLAND MEMORIAL HOSPITAL, )<br>INC., )<br>MERCY HOSPITAL, INC., )<br>WRMC HOSPITAL OPERATING CORP., )<br>MOSES H. CONE MEMORIAL )<br>HOSPITAL OPERATING CORP., )<br>MOSES H. CONE MEMORIAL )<br>HOSPITAL, )<br>)<br>Defendants. )<br>) | <u>ORDER</u> |

THIS MATTER is before the Court on Plaintiff's "Notice of Voluntary Dismissal of False Claims Act Claim Without Prejudice and Unopposed Motion to Seal Portions of Original Complaint." (Doc. No. 13). For the reasons stated below, the Court DEFERS RULING on Plaintiff's Motion.

This case was brought as a *qui tam* action under the False Claims Act. (Doc. No. 2). Pursuant to 31 U.S.C. § 3730(b)(1), a private party may bring a civil action under the False Claims Act on behalf of the United States Government. 31 U.S.C. § 3730(b)(1) (2018). Once such a claim is brought, "the action may be dismissed only if the court and the Attorney General give written

consent to the dismissal and their reasons for consenting." Id.; see also United States v. King Pharm., 806 F. Supp. 2d 833, 845 (D. Md. 2011) (stating that notices of voluntary dismissals of *qui tam* actions are not self executing).

In the present case, the Court notes that while Plaintiff states that the Government consents to dismissal, (Doc. No. 13, p. 2), the Government has not provided any written consent or a statement of reasons as to the voluntary dismissal of this case. Therefore, the Court declines at this time to give its approval of the voluntary dismissal. The Government is hereby ORDERED to provide the Court written consent and a statement of reasons for that consent within thirty (30) days of this order's entry. The Government is further ORDERED to state its position on Plaintiff's request to permanently seal portions of the Complaint. Plaintiff's Motion, (Doc. No. 13), is hereby DEFERRED pending the Government's response.

IT IS SO ORDERED.

Signed: March 7, 2019

Frank D. Whitney
Chief United States District Judge