IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00553-FDW-DCK *SEALED*

| | |
|---|---|
| INTEGRA MED ANALYTICS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MURPHY MEDICAL CENTER, INC., ) | |
| CHARLOTTE-MECKLENBURG ) | |
| HOSPITAL AUTHORITY, INC., ) | |
| BLUERIDGE HEALTHCARE ) | |
| HOSPITALS, INC., ) | |
| CAROLINAS ANSON HEALTHCARE, ) | |
| INC., ) | |
| SCOTLAND MEMORIAL HOSPITAL, ) | |
| INC., ) | |
| MERCY HOSPITAL, INC., ) | |
| WRMC HOSPITAL OPERATING CORP., ) | |
| MOSES H. CONE MEMORIAL ) | |
| HOSPITAL OPERATING CORP., ) | |
| MOSES H. CONE MEMORIAL ) | |
| HOSPITAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* upon reviewing the Government's Consent to Voluntary Dismissal. (Doc. No. 15). The Court notes that the Government's filing appears to contain a request to maintain a seal over numerous documents in this matter. According to the local rules, requests to seal or "otherwise restrict public access" must be made <u>by formal motion.</u> LCvR 6.1(c). This motion must include, *inter alia*, supporting statutes, case law, or other authority for the necessity of a seal. <u>Id.</u> At present, the Government's request to keep papers under seal that were "provided by law to the Court alone for the sole purpose of evaluating whether the seal and

time for making an election to intervene should be extended" is not properly before the Court and does not provide an adequate basis for sealing the requested documents. (See Doc. No. 15, p. 3). The Government will have fourteen (14) days from the date of this order's entry to make a formal motion for sealing in conformity with the Local Rules and this Court's Standing Orders.

IT IS SO ORDERED.

Signed: May 3, 2019

Frank D. Whitney
Chief United States District Judge