# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Integra Med Analytics, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00553-FDW-DCK *SEALED* |
| | ) | |
| vs. | ) | |
| | ) | |
| Murphy Medical Center, Inc. et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2019 Order.

June 11, 2019

Frank G. Johns, Clerk
United States District Court